

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00028-CV

| | | |
|---|---|---|
| KEVIN PATRICK DUNNE, Appellant | § | On Appeal from County Court at Law No. 2 |
| V. | § | of Denton County (CV-2021-04341-JP) |
| | § | May 5, 2022 |
| YUNMEI CHEN, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM